## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREENE STREET FUNDING TRUST II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE, <br> *Plaintiff,* <br><br> v. <br><br> DARREN CARR <br> 1847 GERRITT STREET <br> PHILADELPHIA, PA 19146 <br><br><br> STUBS HOLDINGS LLC <br> 1301 POINT BREEZE AVENUE <br> PHILADELPHIA, PA 19146, <br> *Defendants.* | NO: |

## COMPLAINT

Plaintiff, Greene Street Funding Trust II, by U.S. Bank Trust National Association, not in its individual capacity but Solely as Trustee, by and through its undersigned counsel, hereby complains against Defendants as follows:

### I.    PARTIES, JURISDICTION AND VENUE

1.    The Plaintiff is Greene Street Funding Trust II, by U.S. Bank Trust National Association, not in its individual capacity but Solely as Trustee ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.    Defendant, Darren Carr ("Defendant" or "Guarantor"), is a citizen of the Commonwealth of Pennsylvania, and, upon information and belief, resides at 1847 Gerritt Street, Philadelphia, PA 19146.  Defendant is the guarantor of the loan secured by the real

Property hereinafter described.  The interest of Defendant is as Guarantor.

3.    Defendant, Stubs Holdings LLC, by and through its member Darren Carr ("Stubs" or "Mortgagor"), is a limited liability company incorporated under the laws of the Commonwealth of Pennsylvania, and has an address of 1301 Point Breeze Avenue, Philadelphia, PA 19146 (the "Property" or the "Mortgaged Premises").   Stubs is the mortgagor and real owner of the real Property hereinafter described.  The interest of Stubs in the Mortgaged Premises is as Mortgagor and Real Owner.

4.    This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

5.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II.  FACTS

6.    On or about July 31, 2023, in consideration of a loan in the principal amount of $431,600.00, Stubs executed and delivered to Logan Finance Corporation, a note (the "Note").  A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

7.    On or about July 31, 2023, in consideration of the loan in the principal amount of $431,600.00, Darren Carr, executed and delivered to Logan Finance Corporation, a personal Guaranty agreement (the "Guaranty"). A true and correct copy of the Guaranty agreement is attached hereto and marked as Exhibit "B" and made a part hereof.

8.      To secure the obligations under the Note, Stubs executed and delivered to Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Logan Finance Corporation, its Successors and Assigns a mortgage dated July 31, 2023, and recorded August 1, 2023, in the Office of the Recorder for Philadelphia County, as Instrument Number 54207932 (the "Mortgage").  A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "C" and made a part hereof.

9.      The Mortgage secures the following real property (the "Mortgaged Premises"): 1301 Point Breeze Avenue, Philadelphia, PA 19146.  A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "D" and made a part hereof.

10.      The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

11.      The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated November 9, 2023, and recorded in the Recorder of Deeds Office for Philadelphia on November 29, 2023, at Document Identification Number 54247530.  A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "E."

12.      Stubs is the record and real owner of the Mortgaged Premises.

## COUNT I

## MORTGAGE FORECLOSURE

## PLAINTIFF v. STUBS HOLDINGS LLC

13.      The allegations of paragraph 1 through 12 are incorporated herein as though set forth at length.

14.     The Note and the Mortgage are in default because the monthly payments due July 1, 2025, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.  As a result of the default under both the Note and the Mortgage, the Guaranty is likewise in default.

15.     As of January 20, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---|
| Unpaid Principal Balance | $425,970.45 |
| Interest (Good Through February 17, 2026) | $28,889.08 |
| Cumulative Late Charges | $725.84 |
| Escrow Balance/Credit | ($-1,337.44) |
| Title Costs | $290.00 |
| NSF Fees | $75.00 |
| FC Fees | $1,662.96 |
| Service Transfer Corporate Advance | $3,004.28 |
| Deferred Principal Balance from Prior Servicer | $14,516.52 |
| Prepayment Penalty | $16,133.40 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| **Total Amount Due** | **$490,190.09** |

*\* Non-Interest Bearing*

The current interest rate is 9.500%.  *Per diem* interest in the amount of $112.41 will accrue on the principal unless there is an interest rate change as set forth in the Note.

16.     Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the

Mortgage have been sent to the Defendants. Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "F" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant Stubs Holdings LLC, by and through its member Darren Carr under Count I in the sum of **$490,190.09**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

## COUNT II
## BREACH OF CONTRACT
## PLAINTIFF v. STUBS HOLDINGS LLC, BY AND THROUGH ITS MEMBER DARREN CARR

17.    Plaintiff incorporates by reference paragraphs 1 through 16 as though set forth at length.

18.    By virtue of the default of Stubs under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against Stubs for the total amounts due and owing set forth herein, **$490,190.09.**

**WHEREFORE**, Plaintiff demands judgment against Stubs Holdings LLC, by and through its member Darren Carr under Count II in the sum of **$490,190.09** together with interest from June 1, 2025, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

## COUNT III

## BREACH OF GUARANTY AGREEMENT

## PLAINTIFF v. DARREN CARR

19.     Plaintiff incorporates by reference the allegations of paragraphs 1 through 18 as though set forth at length herein.

20.     By virtue of the default of Stubs under the subject Mortgage/Note obligation, the Guaranty is likewise in default.  Therefore, Plaintiff is entitled to the entry of an *in personam* money judgment against Guarantor for the total amounts due and owing set forth herein, **$490,190.09.**

**WHEREFORE,** Plaintiff demands judgment against Guarantor Darren Carr under Count III in in the sum of **$490,190.09** together with interest from June 1, 2025, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Guaranty.

Respectfully submitted,

Date: 01/28/2026

BY: */s/ Stephen M. Hladik*
__ David C. Onorato, Esq., ID No. 41217
__ Thomas M. Federman, Esq., ID No. 64068
X Stephen M. Hladik, Esq., ID No. 66287
__ Robert W. Williams, Esq., ID No. 315501
__ Thomas C. Dyer, Esq., ID No. 331768
  298 Wissahickon Avenue
  North Wales, PA 19454
  215-855-9521
  *Attorneys for Plaintiff*